IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
Wheeling

**JASON D. BROWNING,**

        Plaintiff,

v.                                              **Civil Action No. 5:18-CV-174**
                                                       Judge Bailey

**KAREN PSZCZOLKOWSKI,** Warden,
**MIKE HILL,** Chief of Security,
**DEPUTY WARDEN WILLIAM YURCINA,**
Deputy Warden, **JOANIE HILL,** A.W.O.,
**DAVE ELLIOTT,** Job Coordinator,
**KELLY STRICKLAND,** Kitchen Supervisor,
**BRANDY MILLER,** A.W.P., **DALE GRIFFITH,**
Unit Manager, **RYAN ADAMS,** Unit Manager,
**MIKE TAYLOR,** Chaplin, **KIM WILSON,**
Commissary Supervisor, **C.J. RYDER,**
Religious Services, **JIM RUBENSTEIN,**
Commissioner, **COMMISSIONER BETSY
JIVIDEN,** Commissioner, **JENNIFER L. HAYS,**
Hearing Official Officer, **W.V.D.O.C., THOMAS
McCARTHY,** Sgr., **TOBY MATTHEWS,** L.T.,
**HEATHER TIMMINS,** Guard, **PAM MOORE,**
LPN Nurse, **STACY KNIGHT,** R.N., and
**JAMES GRAY,** H.S.A. Doctor,

        Defendants.

## ORDER ADOPTING REPORT AND RECOMMENDATION

The above referenced case is before this Court upon the magistrate judge's recommendation that plaintiff's complaint be dismissed with prejudice. *See* [Doc. 31].

This Court is charged with conducting a *de novo* review of any portion of the magistrate judge's report to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that report. 28 U.S.C.

§ 636(b)(1). However, absent prompt objection by a dissatisfied party, it appears that Congress did not intend for the district court to review the factual and legal conclusions of the magistrate judge. *Thomas v. Arn*, 474 U.S. 140 (1985). Additionally, any party who fails to file timely, written objections to the magistrate judge's report pursuant to 28 U.S.C. § 636(b)(1) waives the right to raise those objections at the appellate court level. *United States v. Schronce*, 727 F.2d 91 (4th Cir. 1984), *cert. denied*, 467 U.S. 1208 (1984). No objections have been filed to the magistrate judge's report and recommendation.

A *de novo* review of the record indicates that the magistrate judge's report accurately summarizes this case and the applicable law. Accordingly, the magistrate judge's report and recommendation [**Doc. 31**] is **ADOPTED**, and plaintiff's State Civil Rights Complaint Pursuant to 42 U.S.C. § 1983 [**Doc. 1**] is **DISMISSED WITH PREJUDICE**. This Court further **DIRECTS** the Clerk to enter judgment in favor of the defendants and to **STRIKE** this case from the active docket of this Court.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to any counsel of record and to mail a copy to the *pro se* plaintiff.

**DATED:** March 1, 2022.

JOHN PRESTON BAILEY
UNITED STATES DISTRICT JUDGE